**Exhibit A to the Complaint**

**Location:** Pflugerville, TX  
**Total Works Infringed:** 60  
**IP Address:** 47.220.183.29  
**ISP:** Suddenlink Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 627F067A825068EC66FEA346AE926A27FBBBE574<br>File Hash: B9B9A9FEEBFD45D3BEC77D31CF031214C18B215F939CB14EAE4FB7CA4B948652 | 03-19-2022 07:01:34 | Blacked Raw | 10-09-2018 | 11-01-2018 | PA0002143427 |
| 2 | Info Hash: A04DA9DB005CCBC773FB24B593A8E617ECFBF5EF<br>File Hash: A3029860B6D2B90471DB513FD9D1AADAE68D6BA38EA2F1BAA666B4621965E58D | 03-19-2022 06:38:47 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 3 | Info Hash: 257415A30658282F03E3611F79BE13DD41CCECDB<br>File Hash: 1E3F16BABF44C3D877F5F71615A2810D183D3C885C6EFD308D4D620D14B603ED | 03-19-2022 06:36:13 | Blacked Raw | 03-12-2020 | 04-17-2020 | PA0002246106 |
| 4 | Info Hash: 80D5295435C160AAE12FD8DB6776F7DCD8BBB97B<br>File Hash: 5D792D03FECCDDD176512590C38ECA48291621AD907FCBF128ED688270C526F4 | 03-19-2022 06:31:51 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 5 | Info Hash: 9EC755E4DC558F5E4BDA99E027D6C2B5F088D102<br>File Hash: B981906384FB4F70D10B1D7E0AAAE33CB3BA8CAAECDFDBE527EE089B71CA8E80 | 03-19-2022 03:15:58 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 6 | Info Hash: 4E478C0D6C13D7F2E0DB6AE09D6260378FACC3C9<br>File Hash: F040BDD4A99C0DE4A6ED420EBABD975406DC2FC4B90A275D0DAA98BAC9A49012 | 03-19-2022 01:46:41 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 7 | Info Hash: 9FC9CCF03D4F5C70B5C5D838A2C2B0E54712D689<br>File Hash: 39D230A3E672E3C9773AA53CADF0922594F2F9DCB6B1E376DF5833EAF25A0B9D | 02-17-2022 03:43:34 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 8 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash: 3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 02-17-2022 00:33:52 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 3573BF72004CCEC9F094489ACD66C333342B7E19<br>File Hash: 38C0674378E984C40D8A0F9B4C578F8B6884390C18F467B86D0F9EAE449B998E | 02-17-2022 00:32:12 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 10 | Info Hash: 916CA9DE0ADA1A842DE55489733589875348AD9B<br>File Hash: B602B46509C74175A63A902A3F7F1FBBE4B77025E261C9366CB510E3B649A2EA | 02-17-2022 00:31:36 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 11 | Info Hash: EE2CF90BCF1DCB15939DEC05742A41DC03B966FF<br>File Hash: B1035C95DFA3195E061DB932A659C132B33B11913C4105FCF7CFF6FEF7D92D97 | 02-11-2022 23:31:53 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 12 | Info Hash: 8EC5F4F333FB048EA392494A3F62F24848A59551<br>File Hash: 8E2986D242CCBEB171C559F71359EE7AE7E3012A516BD3457E68D90529851E03 | 02-11-2022 23:03:42 | Blacked | 10-17-2019 | 11-05-2019 | PA0002210291 |
| 13 | Info Hash: CC60A20C605A540B07CE60B2BE1806121B0BA495<br>File Hash: D5BA24EA5531B610FBAD2D631589F77BA69A97CE0D76ACD258DF71450936AC8E | 01-10-2022 07:55:30 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 14 | Info Hash: 931EDC181F041A51EF95AB4B173DF50FF05E4D90<br>File Hash: 2337021D54982B8B82C317D03796C8BD27D14D5F39C01BAA0D96A10647DCBF21 | 01-10-2022 07:43:05 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 15 | Info Hash: 09D9032A2A970429F03691B86CDE4626FA367516<br>File Hash: E02A28D4BC94CF2BB047936D0F077C282A44EB41C8231CABDFF014E0E6AC4B20 | 01-09-2022 05:22:36 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 16 | Info Hash: 932B8A45D86348898B357249B339EB4B3B5376DA<br>File Hash: DD652ADFFA1628CC76B6C2B75B5061AE70B321FB9DA3F08DE38766DEC47A9AF5 | 12-18-2021 18:24:23 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 17 | Info Hash: 87F468553EA23E72D28CA890B907929E9C4EAD08<br>File Hash: C13DB6BD87D82DA98768640105FE654F244CE5593E27C6AE9EA8A4287E12B12D | 12-10-2021 03:34:16 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: CCF640BE0F22EDFFA9A663CAF10C58DAFF0F7291<br>File Hash: 302D8E587237A608442ABBB835E6496B29280BD0D18E9997F623E4F4E6FF138C | 10-18-2021 22:52:56 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 19 | Info Hash: A7D1ACA9144842177C99F7CDC012CA543814753D<br>File Hash: A71B05389B4510F0A980F7D096FF9CFC45D4E16FB66C36104F8D4B57DE90DADB | 10-18-2021 22:52:36 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 20 | Info Hash: 6A00B3AD102D29D6DA16E2BADEA04A681F2A2E3B<br>File Hash: 26AD108DA490FC73928B0AEA7A7919DB19D248D8BF277589820998B4829B41F0 | 10-18-2021 22:40:44 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 21 | Info Hash: 644EF1BBC297123508226CB622D546690BA22249<br>File Hash: 89E18C3051E0E4C52344EB58518B241F19BFC053B7D43CB37E70E9FD27FFE0E6 | 10-18-2021 22:13:12 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 22 | Info Hash: 4EBC017ACD73056D259280A6889B1E5D096C70AB<br>File Hash: D231B67080FC1F806279B7C6856B6FA58C72A5D0461DDA3591480A0FDA36516B | 10-18-2021 22:13:12 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 23 | Info Hash: 6035AA12C63BA7B5A3BD424C629C41DCB5C5E94D<br>File Hash: A5330871A31599822F5ECED5AB8C9376CD354FB59A0728B501459406CA1FA6A3 | 10-18-2021 22:12:06 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 24 | Info Hash: 81B754848E758295267C8F5A0C61B49648FAF122<br>File Hash: F8569ABFA44E499C9579796053CD159215AA1893FCA5DAA8DD70A22F6450D182 | 09-25-2021 21:39:02 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 25 | Info Hash: 53FC7EC290722C6733CAB27F065ED79D309A1AE9<br>File Hash: 584E3F7E0529E19FFA76EF625FDA3D97BB860E44CA4E98FDD795985F200171F6 | 09-25-2021 01:42:23 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |
| 26 | Info Hash: DB8787A15D7F79AE6172B90270950685D88C0FAC<br>File Hash: 71703382467E412A069169BBB0661023A3536F5CD0C6D87ABB8747CDBAC78946 | 09-01-2021 02:02:19 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: E76216D75788F550875F1524EFCA15609F7BD35F<br>File Hash: BC214A41B65BC5B6E1F073D85F6C8BAAA789384A607A507610AE465E544EF29B | 08-31-2021 21:32:43 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 28 | Info Hash: D2D8C7800A880994A20A40AFB47554A53098D354<br>File Hash: BD51A392B180B77E916B16403ADF3937CE185A5AB20F9E7F5D6B184FA23E835A | 08-31-2021 21:22:56 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 29 | Info Hash: 7B72E3B1893E2790EAB75ADEB289722092940998<br>File Hash: A1803B918EF27AC63E6EAC300110EBFBA330D06757F2F03E417971C2A3112386 | 08-31-2021 21:22:27 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 30 | Info Hash: B22286C1F80403E5873A5A3F15FB4B270FB4CDFE<br>File Hash: 8EF209FB4B8236108E2F39BFE8228149F9871441CB59BC82AE25A07165DC070E | 08-23-2021 21:20:48 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 31 | Info Hash: 6746F76DAB40993BD278D97863BA0C84EA2CD7A3<br>File Hash: F7D9D68B8FC913B7183B6763D7424B3FD8E74DCCCCA69EF5AF82640C3DB263A3 | 08-17-2021 19:06:59 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 32 | Info Hash: 5BF341F96116AB62122712420E384E7441F88C8A<br>File Hash: 1BC7BE3A18669790ED3CAD441FB5B2D08F194A6C4E4D675428BFE43546CBFB0B | 08-09-2021 20:27:23 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 33 | Info Hash: 85FE27D52F4EFE6486F8B6EAAB165B1DE246CC4D<br>File Hash: FB323E9CB9BB59ECE248735D58F6ECDDDE8A60BF7D7DAC31E7DFE51BFE3DED95 | 08-09-2021 20:09:41 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 34 | Info Hash: 46CA93AFA14271571A631415B20065417ADA1EE5<br>File Hash: 4491531E1415A18A5CE460CD1A5A17FC6BA7708895E8DF280AFC43BC2296B5ED | 07-28-2021 21:13:43 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 35 | Info Hash: 09062EB84D48B8D4625A0A3B86E851A64B200E52<br>File Hash: 57CB71074CE56964606BFC0769C42F98B94F7F580D9E2B2A27DDC51AB921F7D5 | 07-28-2021 18:34:23 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: B54230515B0908BB56E4578841B788C38E6D665F  File Hash: 21BC1F5CABFE4D3023895A0872A8DAF327598A0747EFC117EF4C4B4E918C98E4 | 07-28-2021 18:26:51 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 37 | Info Hash: 79DFFF20AECDA023C36025B3991C6A147DE4E4F9  File Hash: 9B237157BFA7915EFF40E488846E6ADED443B73FC6F9F3CCACFAE31FA88B7CAA | 07-28-2021 18:26:44 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 38 | Info Hash: 1E5CDFE4BEFF7F312A4F9D8900B825F08BA5E730  File Hash: D4BCE967F8E797FBAA05E21C462F75ED331F20365111635AC9C8D89F0919A31B | 07-19-2021 21:09:09 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 39 | Info Hash: DDE999204B8FAAD22500138F61043E3B73D51800  File Hash: 23D57BE19830213DE13C2E8CF63B5BECA369C1AC2511747745A2E3F8AFBF9451 | 07-19-2021 18:22:07 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 40 | Info Hash: 1298F063782983D727828876369D5BBECDA59BD8  File Hash: 9D3CC147078BF10D237E420B280AF5B8C9DE38D212CAE4AA0580DA88DF36C039 | 07-19-2021 12:45:58 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 41 | Info Hash: 1AAFD7CF00E64C86B99A77DD40EC18F7B21EA3BF  File Hash: 9AB86A2EB642217E68F2A8EB20F3B5FD7AB02B37D1FC7E9816925DB06D1A3721 | 07-19-2021 07:58:50 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 42 | Info Hash: 468B16982691C5EC859E27FC7DB0CB4A23EFBFEC  File Hash: 6A53E0B152D167C64AFA6C98580D032B9346556BBC710AAFB5FCFED8FB47D465 | 07-19-2021 07:40:16 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 43 | Info Hash: 9EAA6BB9432ECBD7BE021383F508D978C07DDDEA  File Hash: 7F59A9419FB30CBA25F2259DC3B0092A785352B8CCFBAE565BA052A7300BA6BB | 07-19-2021 06:33:02 | Vixen | 06-11-2021 | 06-24-2021 | PA0002303166 |
| 44 | Info Hash: 58CF3E07E868BD7F3DD5C52E6DF0D6BBAAE7C4D6  File Hash: 0326D1D9C7DB690DE9C12831581B36DD5B4347EF393B08A270AFB6138824E0EA | 07-19-2021 06:23:27 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 14E6018A31BAB755871BD1137D8700E68C62FDB4 File Hash: 494136C049FA13A99C0A1626FBF651B64EA15A14FE000396351796E55FCC0234 | 07-19-2021 06:00:24 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 46 | Info Hash: 4D55E274BBF2E7B057CD8A007B340B8F471F92C4 File Hash: AC2FEAEF2A7C9D68EEBA90ED8249FD890523B6C78D3E851E5876566907DA1A10 | 07-19-2021 05:46:55 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 47 | Info Hash: EA6F220459956CD837F61818992202FB579E460E File Hash: 2B7A3F12673E218BE0CCB089A81FF87AE2CA29B32840736E5C5051B4700B533E | 07-19-2021 05:43:09 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 48 | Info Hash: FE4A2D71F27E8D99EC227F35B0C40EA8D6812A15 File Hash: 49FEE0B3A454EE9632DC5FECFC123463AECAA4E404A75D252CC306ABF58E6380 | 06-16-2021 21:17:48 | Blacked Raw | 05-24-2021 | 06-24-2021 | PA0002303153 |
| 49 | Info Hash: EB2F55053CBABCB544A4C56CFECBDB52C0A94BF3 File Hash: 2BB8B24F3B41E73E425075504E83A53C0D1E709F9916E6C7EA5671E2A27BE6AF | 06-06-2021 06:10:41 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 50 | Info Hash: 495F271BEA22E569FF1AFCFFC94FF0369BE73991 File Hash: DDE91152BDFBE198A895C151F3E243F454BBAE22A8564D3B8733F4D9F4D7641C | 06-01-2021 19:28:04 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 51 | Info Hash: 039D06E54A133AD9A1EA93E717F6EBD5F8350EF4 File Hash: 26A40582EC5A7DF639F1DFC38449BA3E544ED1F28C8A0068646D196572E3019B | 06-01-2021 19:23:55 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 52 | Info Hash: F436716E467358A87CA812C874AD4FBE443ACD9C File Hash: 5A9629BD9998889373B3711AE73D36AA68B5493EED9C8A9F6343DCED00AFFE51 | 06-01-2021 19:16:24 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 53 | Info Hash: D018948BE20BC17028F1D2DA5E96AD62B46B2A5E File Hash: 987BA82FA5B83E9E459F13C9D123C82359630FA6678ABB431856A8BF52033B3D | 06-01-2021 19:15:15 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: B2D1BBB6FE9A273FB1E361FC982D0757F001250A<br>File Hash: A6E0B94C9614A3B3A7757C71DE16C9C3D961030583F7C8285DAD170A0F0C431B | 06-01-2021 19:12:03 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 55 | Info Hash: 50462C9E6D94C848A48C6FF0FDA98953B7A20E6E<br>File Hash: 6AD2999B718F11811003C90ACBF2D29BD2E836AAC15B9E547DE777BA78396C61 | 06-01-2021 19:12:00 | Vixen | 01-29-2019 | 03-24-2019 | PA0002182715 |
| 56 | Info Hash: 5BB8F4FF0AB77627BFC16F4EB53CDD1DC363C75D<br>File Hash: 909D08A0BDB26BD520629B59795AB097F4ACDEB4A03208F7193BB04766B6A4CF | 06-01-2021 19:10:40 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |
| 57 | Info Hash: 8DB9EC78C88E36FC24486522F2A5C2E5F12223E8<br>File Hash: B19A335B6031BFB4D4E2787025F321201601C15E66C4AFD29DD3F6EF03E32F66 | 06-01-2021 18:49:01 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |
| 58 | Info Hash: A1E1A3C583B67DD01750FA4D4D932F440E49B6EF<br>File Hash: B6127B3C4433AB85FA51CB927297EE381F1B7FB19170BF1665D9B9A044551C5D | 06-01-2021 18:41:15 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 59 | Info Hash: 1E4D9151E4CEC98F69A92CD6D6FE68C5E8972F23<br>File Hash: 6FF23A945682BC54C4CBB35994A2BCE8AACE536D816BCEED05F7426578356633 | 06-01-2021 18:37:43 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 60 | Info Hash: 6A92ED95AA76F89E27CFF587A77FFFDE83362E81<br>File Hash: 81257EA14F9E6CD648CA3C84F68F6A91B67032FD55A247ADCA1F38514DF12A0C | 06-01-2021 18:37:26 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |